Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

ZILPHIA HOWZE
*individually and on behalf
of all others similarly situated*

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-351

v.

MONDELEZ GLOBAL LLC

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant's motion to dismiss is granted.

Date: January 6, 2023                         MARY C. LOEWENGUTH
                                              CLERK OF COURT

                                              By: s/ Colin J.
                                                   Deputy Clerk